**Order entered July 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00775-CV

## IN RE MELISSA LARSEN, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05693**

## ORDER

Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus.  We **ORDE**R relator to bear the costs, if any, of this original proceeding.

/s/     ROBERT M. FILLMORE
        JUSTICE